UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ROBERT H. JOHNSON, )
 )
 Plaintiff, )
 )
v. ) No. 2:20-CV-137
 )
BOBBY EARLY DUNN, *et. al*, )
 )
 Defendants. )

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated July 30, 2020, [Doc. 13]. In that Report and Recommendation, the Magistrate Judge recommends that plaintiff's motion to proceed *in forma pauperis*, [Doc. 5], be granted, but that plaintiff's complaint, [Doc. 1], be dismissed without prejudice under 28 U.S.C. § 1915(e) for failure to state a federal claim upon which relief can be granted, [Doc. 13 at 3-4]. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 13], that the plaintiff's complaint be dismissed without prejudice

So ordered.

ENTER:

                                                                            s/J. RONNIE GREER
                                                       UNITED STATES DISTRICT JUDGE